[No. 72407-0-I. Division One. April 25, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH E. KAYSER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-1-01219-1, Marybeth Dingledy, J., entered August 21, 2014. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Verellen, C.J., and Schindler, J.

[No. 72799-1-I. Division One. April 25, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. YUSSUF HUSSEIN ABDULLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-09714-8, Theresa B. Doyle, J., entered December 2, 2014. *Affirmed* by unpublished opinion per Becker, J., concurred in by Trickey, A.C.J., and Schindler, J.

[No. 73063-1-I. Division One. April 25, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON RAMOS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-00026-6, Carol A. Schapira, J., entered January 30, 2015. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Trickey, A.C.J., and Leach, J.

[No. 73107-6-I. Division One. April 25, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN LAWARD GRAHAM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-01951-5, Theresa B. Doyle, J., entered January 9, 2015. *Affirmed* by unpublished opinion per Trickey, A.C.J., concurred in by Leach and Spearman, JJ.